# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 31, 2014

## NO. 03-13-00678-CV

**E. H., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## APPEAL FROM COUNTY COURT AT LAW OF BASTROP COUNTY
### BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE ROSE

This is an appeal from the order signed by the trial court on October 8, 2013. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.